IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CADARRIO PATRICK**                                                     **PLAINTIFF**

**v.**                                                          No. 4:22-cv-00152-DMB-DAS

**MARCUS MCCLURE, ET AL**                                         **DEFENDANT**

**ORDER REQUIRING PLAINTIFF TO SUBMIT
AMENDED COMPLAINT USING THE ENCLOSED
STANDARD FORM WITHIN 21 DAYS**

Cadarrio Patrick has submitted a document that the court construes as a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The plaintiff has not, however, used the court's standard form for such complaints. The court uses these forms for the expeditious administration of § 1983 cases. As such, the plaintiff must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 28th day of September, 2022.

                                                                  /s/ David A. Sanders
                                                                  **DAVID A. SANDERS**
                                                                   **UNITED STATES MAGISTRATE JUDGE**