IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CADARRIO PATRICK**                                                     **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 4:22-CV-00152-DAS**

**MARCUS MCCLURE, et al.**                                    **DEFENDANTS**

### ORDER DISMISSING CASE WITH PREJUDICE
### FOR FAILURE TO STATE A CLAIM

This mater comes before the Court after its January 9, 2023 Order [15] requiring the plaintiff to show cause why the instant case should not be dismissed with prejudice for failure to state a claim upon which relief could be granted. The plaintiff has failed to respond to the order,[1] and the time for doing so has passed. The instant case is, therefore, **DISMISSED with prejudice** for failure to state a claim upon which relief could be granted.

**SO ORDERED**, this the 31st day of January, 2023.

                                                   /s/ David A. Sanders
                                                   **DAVID A. SANDERS**
                                                   **UNITED STATES MAGISTRATE JUDGE**

---

[1] Plaintiff did, however, return an acknowledgment of receipt confirming receipt of the aforementioned order. *See* Doc. # 17.